# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147393

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BRIAN BONAR,
        Petitioner-Appellant,

v

        SC: 147393
        COA: 310707
        MTT: 00-410948

DEPARTMENT OF TREASURY,
        Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Fradco, Inc v Dep't of Treasury* (Docket No. 146333) and *SMK, LLC v Dep't of Treasury* (Docket No. 146335) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

Clerk